IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANGELA ELLISON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:17-cv-00911-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the parties' Joint Motion to Abate (ECF No. 15), filed January 31, 2018. The parties request that this matter be abated until such time until the appraisal process is completed regarding the Property in controversy. Mot. 3, ECF No. 15.

Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that this case is abated until such time that the appraisal process is complete. Within seven days of completing the appraisal process, the parties shall file a joint status report informing the Court.

The Clerk of Court is **DIRECTED** to administratively stay this case for statistical purposes.

**SO ORDERED** on this **1st day** of **February, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE