UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA ELLISON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  4:17-cv-911-O |
| | § | |
| ALLSTATE FIRE AND | § | **(JURY)** |
| CASUALTY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Angela Ellison and Defendant Allstate Fire and Casualty Insurance Company and file this Joint Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Angela Ellison.  Defendant is Allstate Fire and Casualty Insurance Company.

2. Plaintiff filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on March 16, 2016.

4. Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant.  Both Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Fire and Casualty Insurance Company.

        Respectfully submitted,

        **MCCLENNY MOSELEY & ASSOCIATES**

        */s/ Heather E. Hall*_____
        Heather E. Hall
        State Bar No. 24089909
        heather@mma-pllc.com
        411 N. Sam Houston Pkwy. E., Ste. 200
        Houston, Texas 77060
        713-334-6121 Telephone
        713-322-5953 Facsimile

        **ATTORNEYS FOR PLAINTIFF**

        AND

        **STACY | CONDER | ALLEN LLP**

        By:    */s/ David G. Allen*_____
                David G. Allen
                State Bar No. 00786972
                allen@stacyconder.com
                Brian G. Saucier
                State Bar No. 24037436
                saucier@stacyconder.com
                901 Main Street, Suite 6200
                Dallas, Texas 75202
                214-748-5000 Telephone
                214-748-1421 Facsimile

        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

On June 25, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David G. Allen*
David G. Allen

BGS/PLDG/609485.1/000003.17251